IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL D. LEBERMAN, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | CASE NO.: 2:18-CV-555-RAH-WC |
| | * | |
| v | * | |
| | * | |
| | * | |
| STATE OF ALABAMA BOARD OF | * | |
| PARDONS AND PAROLES, et al; | * | |
| | * | |
| DEFENDANTS. | * | |

**NOTICE CONCERNING SETTLEMENT CONFERENCE**

Counsel for the parties in the above-styled case have complied with the Court's Order to schedule a conference wherein settlement discussion occurred. On or about March 3, 2020, the parties met face-to-face and attempted to settle the case, however, where unable to agree to an amount in terms of settlement. Settlement discussions are ongoing, and in the event that the parties are able to settle this case, the Court will be promptly notified.

Respectfully submitted this the 10th day of March, 2020

/s/ *Jim L. DeBardelaben*
JIM L. DEBARDELABEN (DEB003)
ASB-4800-A40J
Attorney for Plaintiff Leberman

**OF COUNSEL:**
JIM L. DEBARDELABEN
ATTORNEY AT LAW

Wetumpka, AL 36092
(334) 265-9206 Telephone
(334) 478-7320 Facsimile
jim@jimdebardlaw.com E-mail

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing via email to all counsel listed below on this the 10th day of March, 2020:

Kevin W. Blackburn
General Counsel
Alabama Board of Pardons and Paroles
E-mail: kevin.blackburn@paroles.alabama.gov

Barbara J. Wells
Capell & Howard, P.C.
E-mail: barbara.wells@chlaw.com

R. Brooke Lawson, III
Capell & Howard, P.C.
E-mail: brooke.lawson@chlaw.com

Faith Perdue Twiggs
Capell & Howard
Faith.Twiggs@chlaw.com

/s/ *Jim L. DeBardelaben*
OF COUNSEL